District Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RURAL GREEN I LIMITED PARTNERSHIP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR MENDOZA JADDOU, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00143-RSM <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> March 11, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g), and 16, jointly stipulate and move to stay these proceedings through June 7, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-956Fs, Applications for Approval of an Investment in Commercial Enterprise. Defendants' response to the complaint is currently due on April 8, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until June 7, 2024.

STIPULATED MOTION FOR ABEYANCE <br>
[Case No. 2:24-cv-00143-RSM] - 1

UNITED STATES ATTORNEY <br>
1201 Pacific Ave., Ste. 700 <br>
Tacoma, WA 98402 <br>
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. On March 8, 2024, USCIS issued Notices of Intent to Deny ("NOIDs") to Plaintiffs for both Form I-956F applications at issue. Plaintiffs must respond to the NOIDs by April 9, 2024. After receipt of the responses, USCIS will review and take further action on the Form I-956 applications.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance through June 7, 2024. The parties will submit a joint status report on or before June 7, 2024.

//
//
//
//
//
//
//
//
//
//
//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00143-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 11th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | ANDERSSON CROSS BORDER LAW CORP. |
| /s/Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | s/ K. David Andersson<br>K. DAVID ANDERSSON, WSBA# 24730<br>1155 N. State Street, Suite 619<br>Bellingham, Washington 98225<br>Phone: (360) 318-6486<br>Email: kda@acblc.ca<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

**I certify that this memorandum contains 289 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00143-RSM] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until June 7, 2024. The parties shall submit a joint status report on or before June 7, 2024. It is so **ORDERED**.

DATED this 12th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00143-RSM] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800